UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:22-CR-00072 |
| | ) | JUDGE TRAUGER |
| KALUM ALEXANDER | ) | |
| | ) | |

## UNITED STATES' NOTICE OF APPEARANCE OF COUNSEL

The United States of America hereby gives notice that Assistant United States Attorney Rachel M. Stephens is authorized to practice in this court, and now enters her appearance as counsel for the Government in this case.

                                              Respectfully submitted,
                                              MARK H. WILDASIN
                                              United States Attorney

By:   */s/ Rachel M. Stephens*
        RACHEL M. STEPHENS
        Assistant United States Attorney
        719 Church Street, Suite 3300
        Nashville, Tennessee 37203-3870
        Telephone: 615-736-5151

## CERTIFICATE OF SERVICE

I hereby certify that on November 10, 2022, a copy of the foregoing document was filed electronically with the Clerk of the Court using the CM/ECF system, which will be sent to defense counsel Isaiah S. Gant via CM/ECF system.

                                              */s/ Rachel M. Stephens*
                                              RACHEL M. STEPHENS
                                              Assistant United States Attorney